# TERESA WHALEN
**ATTORNEY AT LAW**
801 WAYNE AVENUE
SUITE 400
SILVER SPRING, MARYLAND 20910

Admitted to Practice:   E-Mail:Whalenesq@aol.com
   Maryland   Telephone (301) 588-1980
District of Columbia   Facsimile  (301) 650-1789

January 22, 2018

Honorable Paula Xinis
United States District Court
6500 Cherrywood Lane
Greenbelt, MD 20770

    Re:   *United States v. Michael Vaughn*, PX 17-125

Dear Judge Xinis:

    On behalf of Mr. Vaughn, I have filed under seal a proposed jury questionnaire that we request be provided to the jury to fill out on the morning that they come to the courthouse.  Our request is that this be in addition to the proposed joint *voir dire, which* we anticipate you will ask of the prospective jurors in the courtroom. The government has informed me that there are some questions in our questionnaire that could be included in the proposed joint *voir dire*, but they generally oppose the questionnaire.

                              Very truly yours,


                              Teresa Whalen