IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PX-17-125 |
| | * | |
| MICHAEL LYNN VAUGHN, | * | |
| | * | |
| Defendant. | * | |
| | ******* | |

**VERDICT FORM**

**COUNT ONE**
**(Conspiracy to Commit Bribery)**

How do you find the defendant, Michael Lynn Vaughn, as to Count One of the Indictment (Conspiracy to Commit Bribery), guilty or not guilty?

Guilty __X__          Not Guilty_____

**COUNTS TWO THROUGH FIVE**
**(Bribery)**

How do you find the defendant, Michael Lynn Vaughn, as to Counts Two through Five of the Indictment (Bribery), guilty or not guilty?

Count Two:   Guilty __X__          Not Guilty_____

Count Three: Guilty __X__          Not Guilty_____

Count Four:  Guilty __X__          Not Guilty_____

Count Five:  Guilty __X__          Not Guilty_____

THE FOREGOING CONSTITUTES THE UNANIMOUS VERDICT OF THE JURY.

SIGNATURE REDACTED

3/1/18
DATE                                          FOREPERSON

- 1 -